```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. KELLY
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
 6            IN THE UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,   )   Case No. 1:05-CR-00415 OWW
                                )
10              Plaintiff,      )
                                )
11         v.                   )   REQUEST BY THE UNITED
                                )   STATES TO UNSEAL
12  TONG THAO,                  )   INDICTMENT
                                )
13              Defendant.      )
    _____)
14
15       Comes now the United States, by and through its attorneys of
16  record, McGregor W. Scott, United States Attorney, and Kimberly
17  A. Kelly, Assistant United States Attorney, and request leave of
18  the Court to unseal the Indictment in the above-referenced
19  matter.
20  DATED: November 3, 2005           Respectfully submitted,
21                                    McGREGOR W. SCOTT
                                      United States Attorney
22
23                                    By   /s/Kimberly A. Kelly
                                           KIMBERLY A. KELLY
24                                         Assistant U.S. Attorney
25  IT IS SO ORDERED:
                                      /S/ OLIVER W. WANGER
26  DATED: November _4__, 2005        _____
                                      Hon. Oliver W. Wanger
27                                    U.S. District Court Judge
28
                                    1
```