DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TONG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TONG THAO,<br><br>            Defendant. | Case No. 1:05cr0415 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>DATE : January 31, 2006<br>TIME : 9:00 a.m.<br>DEPT : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for January 13, 2006, be continued to **January 31, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: January 5, 2006                    MCGREGOR W. SCOTT
                                          United States Attorney


                                          By /s/ Kimberly A. Kelly
                                          KIMBERLY A. KELLY
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED:  January 5, 2006                   DENNIS S. WAKS
                                          Acting Federal Defender


                                          By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
                                          Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  __January 9, 2006_

                                          /s/ OLIVER W. WANGER
                                          _____
                                          ANTHONY W. ISHII
                                          U.S. District Court Judge for the
                                          Eastern District of California